People v Gutti-Mendoza

2026 NY Slip Op 02131

April 8, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Kliford Gutti-Mendoza, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 8, 2026

2023-10447, (Ind. No. 75354/22)

Mark C. Dillon, J.P.

Lara J. Genovesi

William G. Ford

Janice A. Taylor

James P. McCormack, JJ.

Patricia Pazner, New York, NY (Jordan A. Goodson of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Sholom J. Twersky of counsel; Hannah Thomas on the memorandum), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Jill Konviser, J.), imposed October 30, 2023, upon his plea of guilty, on the ground that the period of postrelease supervision imposed as part of the sentence was excessive.

ORDERED that the sentence is affirmed.

Contrary to the defendant's contention, the period of postrelease supervision imposed as part of the sentence was not excessive (see People v Suitte, 90 AD2d 80).

DILLON, J.P., GENOVESI, FORD, TAYLOR and MCCORMACK, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court